United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER A. LYKINS,<br><br>Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE, LLC, et al.,<br><br>Defendants. | Case No.: C-12-04389 JSC<br><br>**ORDER RE PLAINTIFF'S CONSENT/DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

Plaintiff submitted to the Court both a Declination to Proceed Before a Magistrate Judge and a Consent to Proceed Before a Magistrate Judge. (Dkt. No. 5.) Plaintiff, however, must choose between declining to proceed before the undersigned and consenting to proceed before the undersigned. Because the Court is unsure of Plaintiff's choice, the Court orders that Plaintiff resubmit *only one* of the forms attached hereto, indicating his decision.

IT IS SO ORDERED.

Dated: November 9, 2012

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff(s), | No. C |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Defendant(s). / | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

_____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff(s), <br> v. <br><br> Defendant(s). _____/ | No. C <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br> **AND** <br> **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")