United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER A. LYKINS, | Case No.: C-12-04389 JSC |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| GMAC MORTGAGE, LLC, et al., | |
| Defendants. | |

Now pending before the Court are Defendants Deutsche Bank National Trust Company, Executive Trustee Services, LLC, GMAC Mortgage, LLC, MERSCORP Inc., and Mortgage Electronic Registrations Systems, Inc.'s Motion to Dismiss and Motion to Strike ("the Motions").[1] (Dkt. No. 36.) Plaintiff has not filed an Opposition or Statement of Nonopposition to the Motions, as required by Local Rule 7-3(b). Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed as to the moving Defendants for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motions, on or before April 9, 2013. If no response is received, this action will be dismissed

---

[1] Defendant Chicago Title Company has not made an appearance in this case.

with prejudice as to the moving Defendants, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

In addition, the Court hereby VACATES the hearing on the Motions currently set for March 28, 2013.

IT IS SO ORDERED.

Dated: March 25, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE